Form 24-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**    **FORM 24**

| | |
|---|---|
| Sahamitr Pressure Container Plc. ("SMPC")<br><br>Plaintiff,<br><br>v.<br><br>United States<br><br>Defendant. | **Court No.:** 24-00064 |

**ORDER FOR STATUTORY INJUNCTION UPON CONSENT**

Pursuant to 19 U.S.C. § 1516a(c)(2), this Court may enjoin the liquidation of all entries of merchandise identified below:

<u>  SMPC's                    </u> counsel certifies that they have conferred with all other
[NAME OF PARTY'S]

parties to the action, including <u> Collin T. Mathias                        </u>, counsel to the
[NAME OF GOVERNMENT ATTORNEY]

United States, and all parties to this action conveyed consent to the contents of this form.

Respectfully submitted,

By: <u>Ron Kendler                        </u>
Attorney for <u>SMPC                     </u>
[NAME OF PARTY]
[(Insert name of firm, address & telephone number)]

White & Case LLP
701 Thirteenth Street, N.W.
Washington D.C. 20005

Form 24-2

Accordingly, it is hereby

**ORDERED** that Defendant, United States, together with its delegates, officers, agents, and servants, including employees of U.S. Customs and Border Protection and the U.S. Department of Commerce, is enjoined during the pendency of this litigation, including any appeals, from issuing instructions to liquidate or making or permitting liquidation of any unliquidated entries of

<u>Steel Propane Cylinders</u>_____;
　　　　　　　　　　　　　[insert Product]
from <u>Thailand</u>_____;
　　　　　　　　　　　　　[insert Country]

(1) That were: (Add additional lines as needed)

☐ produced by _____
　　　　　　　　　　　[Company Name]
☐ exported by _____
　　　　　　　　　　　[Company Name]
☐ produced by _____ and
　　　　　　　　　　　[Company Name]
　exported by _____
　　　　　　　　　　　[Company Name]
☑ produced and exported by <u>Sahamitr Pressure Container Plc.</u>
　　　　　　　　　　　　　　　　　　　[Company Name]
☐ produced and/or exported by _____
　　　　　　　　　　　　　　　　　　　[Company Name]
☐ produced by _____ and
　　　　　　　　　　　[Company Name]
　imported by _____;
　　　　　　　　　　　[Company Name]

(2) That were the subject of the United States Department of Commerce's final determination in <u>Steel Propane Cylinders from Thailand; 2021-2022, 89 FR 13690 (Feb. 23, 2024); as amended by 89 FR 22123 (Mar. 29, 2024)</u>;
　　　　　　　[insert title, volume, page and date of FR Notice]

(3) That were entered, or withdrawn from warehouse, for consumption, during the period <u>August 1, 2021</u> through <u>July 31, 2022</u>;
　　　　　　　[Date]　　　　　　　　　　　[Date]

Form 24-3

and it is further

**ORDERED** that the entries subject to this injunction shall be liquidated in accordance with the final court decision in this action, including all appeals and remand proceedings, as provided in 19 U.S.C. § 1516a(e); and it is further

**ORDERED** that any entries inadvertently liquidated after this order is signed but before this injunction is fully implemented by U.S. Customs and Border Protection shall be promptly returned to unliquidated status and suspended in accordance with this injunction.

DATED: ___May 3, 2024___          ___/s/ Claire R. Kelly___
         New York, New York                    Judge

(Added Sept.19, 2017, eff. Oct. 23, 2017; amended June 18, 2019, eff. July 1, 2019; Dec. 13, 2022, eff. Jan. 23, 2023.)