## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **SAHAMITR PRESSURE CONTAINER PLC.,**<br><br>　　Plaintiff,<br><br>v.<br><br>**UNITED STATES,**<br><br>　　Defendant. | **Before: Claire R. Kelly, Judge**<br><br>**Court No. 24-00064** |

### ORDER

Upon consideration of the consent motion to intervene as a matter of right filed by Worthington Industries, see ECF No. 18, and pursuant to U.S. Court of International Trade Rule 24(a), it is

ORDERED that the motion is granted; and it is further

ORDERED that Worthington Industries shall be designated as Defendant-Intervenor in this action.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Claire R. Kelly
　　　　　　　　　　　　　　　　　　　　　　　　Claire R. Kelly, Judge

Dated:　　May 24, 2024
　　　　　　New York, New York