UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE CLAIRE R. KELLY, JUDGE

|  |  |
|---|---|
| SAHAMITR PRESSURE CONTAINER PLC.,<br><br>        Plaintiff,<br><br>      v.<br><br>UNITED STATES,<br><br>        Defendant,<br><br>   and<br><br>WORTHINGTON INDUSTRIES,<br><br>        Defendant-Intervenor. | Court No. 24-0064 |

**CONSENT MOTION FOR INTERVENTION**

Pursuant to Rules 7(b), 24(a) and 24(c) of the Rules of the United States Court of International Trade ("USCIT R."), Worldwide Distribution, LLLP ("Movant") respectfully moves this Court for an order granting movant leave to intervene as Plaintiff-Intervenor as a matter of right in the above-captioned matter.  The grounds for this Consent Motion to Intervene are more fully set forth below.

    **1. Agency Proceeding on Appeal**

Plaintiff Sahamitr Pressure Container Plc. (SMPC") has appealed the U.S. Department of Commerce's (the "Department")  final results in the underlying administrative review of the antidumping duty order on Steel Propane Cylinders from Thailand.  *See Steel Propane Cylinders*

1

*from Thailand: Final Results of Antidumping Duty Administrative Review; 2021-2022*, 89 Fed. Reg. 13690 (February 24, 2024).

### 2. Proposed Plaintiff -Intervenor Has Standing to Intervene.

Movant has standing to intervene as Plaintiff-Intervenor and has a right to intervene as a matter of right under USCIT Rule 24(a) because Movant was an interested party to the administrative proceeding that led to the above determination being challenged and is a party who could be adversely affected or aggrieved by a decision in a civil action brought under section 516A of the Tariff Act of 1930 as amended, within the meaning of 28 U.S.C. § 2631(j)(B). Movant participated in the Department's underlying administrative review. Plaintiff is challenging several aspects of the Department's antidumping calculation in its *Final Results* that adversely affected Movant as a U.S. importer of subject merchandise.

Pursuant to Rule 24, and specifically Rule 24(c), Movant moves this Court for an order granting leave to intervene as a matter of right in the above-captioned case challenging certain aspects of the *Final Results*. The issues for which the Movant seeks to intervene are those set out in Plaintiff's Complaint. *See* Pl's Compl. at Counts 1 - 2. If Plaintiff prevails in part or in whole, it would have a direct impact on the antidumping rate that the Department calculated for SMPC and the all-others rate companies, which impacts Movant as an importer of subject merchandise.

As Plaintiff filed its complaint in this action on April 24, 2024, and as this motion is being made within 30 days after the date of service of Plaintiff's complaint, this motion is timely under CIT Rules 24(a) and 6(d).

### 3. Consent of the Parties

Counsel for proposed Plaintiff-Intervenor has consulted with the parties to this action, as

required by USCIT Rule 7(b).  Ron Kendler, counsel for Plaintiff SMPC consented to this motion via e-mail on May 23, 204.  Collin T. Matthias, counsel for Defendant United States, and Matthew G. Pereira, counsel for Defendant-Intervenor Worthington Industries, each consented to this motion via e-mail on May 24, 2024.

WHEREFORE, for the reasons described in this Motion, proposed Plaintiff -Intervenor respectfully requests that this Court grant this Consent Motion to intervene in the above-captioned matter.

Respectfully submitted,

/s/ Gregory S. Menegaz
Gregory S. Menegaz
Alexandra H. Salzman
Vivien Jinghui Wang[**]
**DEKIEFFER & HORGAN, PLLC**
Suite 1101
1156 Fifteenth Street, N.W.
Washington, D.C. 20005
*Counsel to Worldwide Distribution, LLLP*

Dated: May 24, 2024

---

[**] Admitted to New Mexico Bar; practice limited to Federal International Trade Matters pursuant to D.C. Bar Rule 49(c)(2).

# UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE CLAIRE R. KELLY, JUDGE

| | |
|---|---|
| SAHAMITR PRESSURE CONTAINER PLC., <br><br>Plaintiff, <br><br>v. <br><br>UNITED STATES, <br><br>Defendant, <br><br>and <br><br>WORTHINGTON INDUSTRIES, <br><br>Defendant-Intervenor. | Court No. 24-0064 |

## ORDER

Upon consideration of all papers and pleadings had herein, including the Consent Motion to Intervene in the above-captioned matter filed on behalf of Worldwide Distribution, LLLP, it is hereby

**ORDERED** that the Consent Motion to Intervene is granted; it is therefore

**ORDERED** that Movant shall have the status of party Plaintiff-Intervenor in this action.

**SO ORDERED.**


Dated: _____, 2024          _____
New York, New York                                    Judge