**UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE THE HONORABLE CLAIRE R. KELLY, JUDGE**

| | |
|---|---|
| SAHAMITR PRESSURE CONTAINER PLC., <br><br> Plaintiff, <br><br> and <br><br> WORLDWIDE DISTRIBUTION, LLLP <br><br> Plaintiff-Intervenor, <br> v. <br><br> UNITED STATES, <br><br> Defendant, <br><br> and <br><br> WORTHINGTON INDUSTRIES. <br><br> Defendant-Intervenor. | Court No. 24-00064 |

**STIPULATION OF DISMISSAL**

**PLEASE TAKE NOTICE** that Plaintiff, pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of International Trade, having filed a stipulation of dismissal signed by all parties who have appeared in this action, dismisses this action.

Dated: January 29, 2025

                                                    **On behalf of Plaintiff Sahamitr Pressure Container Plc.:**

                                                    /s/ Jay C. Campbell
                                                    Jay C. Campbell
                                                    WHITE & CASE LLP
                                                    701 Thirteenth Street, NW
                                                    Washington, DC 20005
                                                    (202) 626-3632

**On behalf of Plaintiff-Intervenor Worldwide Distribution, LLLP:**

/s/ Gregory Stephen Menegaz
Gregory Stephen Menegaz
DEKIEFFER & HORGAN, PLLC
1156 15th Street, NW.
Suite 1101
Washington, DC 20005
(202) 783-6900

**On behalf of Defendant United States:**

BRETT A. SHUMATE
Acting Assistant Attorney
General

PATRICIA M. McCARTHY
Director

/s/ Tara K. Hogan
TARA K. HOGAN
Assistant Director

/s/ Collin T. Mathias
COLLIN T. MATHIAS
Trial Attorney
United States Department of Justice
Civil Division
Commercial Litigation Branch
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044
Tel:  (202) 307-0315

**On behalf of Defendant-Intervenor Worthington Industries:**

/s/ Matthew G. Pereira
Matthew G. Pereira
KELLEY DRYE & WARREN, LLP
3050 K Street, NW.
Suite 400
Washington, DC 20007-5108
(202) 342-8519